1  David P. Beitchman (SBN: 198953)
   Email: dbeitchman@bzlegal.com
2  Paul Tokar (SBN: 305267)
3  Email: ptokar@bzlegal.com
   **BEITCHMAN & ZEKIAN, P.C.**
4  16130 Ventura Blvd, Suite 570
5  Encino, California 91436
   Tel: 818-986-9100
6  Fax: 818-986-9119
7

8  Attorneys for Plaintiff,
   Andre Karchemsky
9

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12

13 | ANDRE KARCHEMSKY, individually | Case No.:   8:21-CV-01553
   | and on behalf of all others similarly |
14 | situated, |
15 |  |
16 |  | **NOTICE OF SETTLEMENT AND**
   | Plaintiff, | **REQUEST TO VACATE ALL**
17 |  | **CURRENTLY SET DATES**
18 |  |
   | v. |
19 |  |
   | PANAMERICAN CONSULTING, |
20 | LLC, and DOES 1 through 10, inclusive, |
21 | and each of them, |
22 |  |
23 | Defendant(s). |
24

25
26
27
28
                                    1
**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**

1 | Plaintiff ANDRE KARCHEMSKY ("Plaintiff") hereby notifies the Court that a provisional settlement has been reached in the above captioned case. The Parties would like to avoid any additional expense while finalizing the terms of the settlement. Plaintiff therefore applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated and finalized within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal as to all parties.

DATED: November 24, 2021

By:   /s/ Paul Tokar
     David P. Beitchman
     Paul Tokar
     Attorneys for Plaintiff,
     Andre Karchemsky

**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**