1  David P. Beitchman (SBN: 198953)
   Email: dbeitchman@bzlegal.com
2  Paul Tokar (SBN: 305267)
3  Email: ptokar@bzlegal.com
   **BEITCHMAN & ZEKIAN, P.C.**
4  16130 Ventura Blvd, Suite 570
5  Encino, California 91436
   Tel: 818-986-9100
6  Fax: 818-986-9119
7

8  Attorneys for Plaintiff,
   Andre Karchemsky
9

10                  UNITED STATES DISTRICT COURT
11                  CENTRAL DISTRICT OF CALIFORNIA
12

13 | ANDRE KARCHEMSKY, individually | Case No.:   8:21-CV-01553
14 | and on behalf of all others similarly situated, |
15 |                                |
16 |          Plaintiff,            | **JOINT STIPULATION FOR DISMISSAL OF ACTION**
17 |                                |
18 |          v.                    | [Fed. R. Civ. P. 41.]
19 |                                |
20 | PANAMERICAN CONSULTING, LLC, and DOES 1 through 10, inclusive, and each of them, |
21 |                                |
22 |                                |
23 |          Defendant(s).         |
24

25
26
27
28

                                  1
**JOINT STIPULATION FOR DISMISSAL OF ACTION**

1    IT IS HEREBY STIPULATED by and between Plaintiff ANDRE KARCHEMSKY ("Plaintiff"), on the one hand, PANAMERICAN CONSULTING, LLC ("Defendant"), on the other, that the above captioned action shall be dismissed with prejudice as to Plaintiff's individual claims, and dismissed without prejudice as to putative class members potential claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and attorneys' fees as incurred as against one another in connection to this action.

DATED: December 6, 2021               **BEITCHMAN & ZEKIAN, P.C**

                                      By: /s/ Paul Tokar
                                          David P. Beitchman
                                          Paul Tokar
                                          Attorneys for Plaintiff,
                                          Andre Karchemsky

DATED: December 6, 2021

                                      By: /s/ Ali Hajimomen
                                          Ali Hajimomen
                                          Panamerican Consulting, LLC