1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE KARCHEMSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANAMERICAN CONSULTING, LLC, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant(s). | Case No.:   8:21-CV-01553<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ACTION [14]**<br><br>[Fed. R. Civ. P. 41.] |

1
**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ACTION**

Upon review of the Parties' Joint Stipulation For Dismissal of Action and Good Cause showing, it is hereby ordered that:

1. Plaintiff ANDRE KARCHEMSKY'S individual claims are dismissed with prejudice;

2. Putative class members potential claims are dismissed without prejudice.

IT IS SO ORDERED.

DATED: December 7, 2021          By: /s/ David O. Carter
                                     Hon. United States District Court Judge